Benjamin A. MATTHEWS, as Trustee in bankruptcy of the Estate of Oscar Shank & Bro., Inc., bankrupt, Plaintiff-Appellee, v. BANK OF THE MANHATTAN COMPANY, Defendant-Appellant. (Circuit Court of Appeals, Second Circuit. February 11, 1924.) No. 233. Appeal from the District Court of the United States for the Southern District of New York. Appeal from final decree entered in the District Court for the Southern District of New York. Cohen & Rosenthal, of New York City (Robert P. Beyer and Benjamin M. Gottesfeld, both of New York City, of counsel), for appellant. Morris J. Hirsch, of New York City (Harry F. Mela and Lester B. Freedman, both of New York City, on the brief), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

Mary O'HALLORAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. February 19, 1924.) No. 253. In Error to the District Court of the United States for the Southern District of New York. O'Connor & Donnellan, of New York City (W. E. Riseley, of New York City, of counsel), for plaintiff in error, William Hayward, U. S. Atty., of New York City (Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middletown, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

PARTOLA MANUFACTURING COMPANY, Plaintiff in Error, v. William SCHIELD et al., Individually, etc., Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 21, 1924.) No. 178. In Error to the District Court of the United States for the Southern District of New York. Hovell, McChesney & Clarkson, of Brooklyn, N. Y. (Sidney A. Clarkson and Albert A. Hovell, both of Brooklyn, N. Y., of counsel), for plaintiff in error. Arnold Lichtig, of New York City (Arnold Lichtig and Herbert A. Mossler, both of New York City, of counsel), for defendants in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

PEOPLE of the United States ex rel. Tauba ALTMAN, Alien, Relator-Appellee, v. Robert E. TOD, Commissioner of Immigration at the Port of New York, Respondent-Appellant. (Circuit Court of Appeals, Second Circuit. February 21, 1924.) No. 237. Appeal from the District Court of the United States for the Southern District of New York. William Hayward, U. S. Atty., of New York City (James C. Thomas, Asst. U. S. Atty., of New York City, of counsel), for appellant. Chas. J. Katzenstein, of New York City, for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order is modified, and the case remanded to the District Court, with directions to proceed in accordance with the opinion of this court in United States ex rel. Engel v. Tod, 294 Fed. 820.